UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISCOE CORP., as Sole General Partner of Briscoe Limited Partnership,<br>　　　　Plaintiff,<br><br>v.<br><br>ALPHONSO JACKSON, Secretary of U.S. Department of Housing and Urban Development,<br>　　　　Defendant. | CIVIL ACTION<br>NO. 04-10990-RCL |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:　/s/ Anita Johnson
　　　ANITA JOHNSON
　　　Assistant U.S. Attorney
　　　United States Courthouse
　　　1 Courthouse Way - Suite 9200
　　　Boston, MA 02210
　　　(617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon all parties of record.

/s/ Anita Johnson
ANITA JOHNSON

Dated: 7/2/04