UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
BRISCOE CORP.,                  )
as Sole General Partner of      )
Briscoe Limited Partnership,    )
            Plaintiff,          )
                                )        CIVIL ACTION
v.                              )        NO. 04-10990-RCL
                                )
ALPHONSO JACKSON, Secretary     )
of U.S. Department of Housing   )
and Urban Development,          )
            Defendant.          )
                                )
```

### DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME
### TO FILE ANSWER TO COMPLAINT

Defendant requests that this Court extend the time up to and including October 1, 2004, to answer or otherwise respond to Plaintiff's Complaint and Request for Injunctive Relief. As reasons therefore, the undersigned counsel for Defendant asserts that such an extension will allow the Assistant U.S. Attorney the necessary time to obtain relevant facts and background information of this matter from the relevant agency, and permit settlement negotiations, if possible.

WHEREFORE, the defendant respectfully requests that this Court permit an extension of time up to and including October 1, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____
ANITA JOHNSON
Assistant U:S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Assented to:

_____
Isaac H. Peres, Esq.
Attorney for Plaintiff
50 Congress Street - Suite 225
Boston, MA 02109
(617) 722-0094

## LOCAL RULE 7.1 (A)(1) CERTIFICATION

The undersigned counsel certifies that Plaintiff's Counsel assented to this extension.

_____
Anita Johnson

## CERTIFICATE OF SERVICE

I certify that on this day, I caused a copy of the foregoing Motion to be served on Plaintiff's counsel of record by first class mail, postage prepaid, to: Isaac H. Peres, Esq., Law Offices of Isaac H. Peres, 50 Congress Street, Suite 225, Boston, MA 02190.

_____
Anita Johnson

Dated: August 17, 2004