UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -1  P 2: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

BRISCOE CORP.,
as Sole General Partner of
Briscoe Limited Partnership,
           Plaintiff,

v.

ALPHONSO JACKSON, Secretary
of U.S. Department of Housing
and Urban Development,
           Defendant.

CIVIL ACTION
NO. 04-10990-RCL

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME
TO FILE ANSWER TO COMPLAINT**

Defendant requests that this Court extend the time up to and including October 15, 2004, to answer or otherwise respond to Plaintiff's Complaint and Request for Injunctive Relief. As reason therefore, the undersigned counsel for Defendant asserts that settlement negotiations are in process.

WHEREFORE, the defendant respectfully requests that this Court permit an additional two weeks within which to respond.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney
```

By: _[signature]_
ANITA JOHNSON
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Assented to:

_[signature] Isaac H. Peres (JMZ)_
Isaac H. Peres, Esq.
Attorney for Plaintiff
50 Congress Street - Suite 225
Boston, MA 02109
(617) 722-0094

LOCAL RULE 7.1 (A)(1) CERTIFICATION

The undersigned counsel certifies that Plaintiff's Counsel assented to this extension.

_[signature]_
Anita Johnson

**CERTIFICATE OF SERVICE**

I certify that on this day, I caused a copy of the foregoing Motion to be served on Plaintiff's counsel of record by first class mail, postage prepaid, to: Isaac H. Peres, Esq., Law Offices of Isaac H. Peres, 50 Congress Street, Suite 225, Boston, MA 02190.

_[signature]_
Anita Johnson

Dated: October 1, 2004