```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
_____
                            )
BRISCOE CORP.,              )
as Sole General Partner of  )
Briscoe Limited Partnership,)
        Plaintiff,          )
                            )     CIVIL ACTION
v.                          )     NO. 04-10990-RCL
                            )
ALPHONSO JACKSON, Secretary )
of U.S. Department of Housing)
and Urban Development,      )
        Defendant.          )
_____)
```

**JOINT MOTION FOR ADDITIONAL TIME TO ANSWER**

The parties request that the Court grant Defendant an additional period of time, 30 days, within which to file a pleading responsive to the Complaint.

Plaintiff is engaged in negotiations with the Defendant's successor-in-interest that are likely to result in an outcome that will render the Complaint moot. These negotiations will take up to 30 days to conduct. Thirty additional days will result in no prejudice to the parties. Accordingly, the parties request the permission of the Court to defer until November 16, 2004, the date for the filing of a responsive pleading.

                                      Respectfully submitted,

                                      For Plaintiff:

                                      /s/Isaac H. Peres
                                      ISAAC H. PERES, Esq.
                                      50 Congress Street
                                      Boston, Mass. 02109
                                      (617)722-0094

```
                              For Defendant:

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/Anita Johnson
                              ANITA JOHNSON
                              Assistant U.S. Attorney
                              Moakley U.S. Courthouse, Ste. 9200
                              One Courthouse Way
                              Boston, Mass. 02110
                              (617)748-3100

Dated:    October 15, 2004
```