UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRISCOE CORP., AS SOLE GENERAL PARTNER OF BRISCOE LIMITED PARTNERSHIP,<br><br>　　　　Plaintiff<br><br>v.<br><br>ALPHONSO JACKSON, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 04-10990-RCL |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), the Plaintiff hereby dismisses this action, without prejudice.

THE PLAINTIFF

By its Attorney,

_____
Isaac H. Peres, BBO #545149
50 Congress Street
Boston, MA 02109
(617) 722-0094

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2004, I served a copy of this document, by first class mail, upon Anita Johnson, Assistant U.S. Attorney, Moakley U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02110.

_____
Isaac H. Peres